# COLLECTIVE ACTION CONSENT FORM

*Galvez, et. al. v. The Delgado Travel Agency, et. al.*

**Complete and Mail To:**

THE LAW OFFICE OF PETER G. EIKENBERRY
74 TRINITY PLACE, SUITE 1609
NEW YORK, NEW YORK 10006

Name: Maria Teresa Galvez            Phone: (631) 245-6833

Address: 6 Bergen St.

Brentwood, NY 11717

## CONSENT TO COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act
29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime wages and unpaid spread of hour wages during my employment at Delgado Travel in connection to the above-referenced lawsuit.

2. I worked at Delgado Travel from on or about September 2003 to on or about February 2006.

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation for all overtime hours actually worked.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 et. seq. and New York Labor Law. I hereby consent, agree and opt-in to become a plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate Peter G. Eikenberry to represent me for all purposes of this action.

(Signature) *Teresa Galvez*            Date: 7/15/08