MICHAEL FAILLACE & ASSOCIATES, P.C.
Michael A. Faillace, Esq. [MF-8436]
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| **MARIA GALVEZ, GABRIELA CHAMPANO, GLORIA HURTADO, MARIA THERREROS, and DEISY SARMIENTO,** *on behalf of themselves and all others similarly situated,* | NOTICE OF APPEARANCE OF MICHAEL A. FAILLACE, ESQ. |
| *Plaintiffs*, | 1:08-cv-05832-HB |
| -against- | ECF Case |
| **HECTOR DELGADO, LINDA DELGADO, JEANETTE DELGADO-SAVINO, THE DELGADO TRAVEL AGENCY AGENCY, INC., and CASA DE CAMBIO DELGADO, INC.** | 29 U.S.C. 216(b) COLLECTIVE ACTION |
| *Defendants.* | |

-------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Michael A. Faillace, the undersigned, and managing partner of Michael Faillace & Associates, P.C., located at 110 E. 59th Street, New York, NY 10022, 212-317-1200, hereby enters his appearance in this matter as counsel for Plaintiffs. The undersigned is admitted to practice in this Court.

Dated:  August 18, 2008

                                        Michael Faillace & Associates, P.C.

                                        By: _____/s/_____
                                              Michael A. Faillace [MF-8436]

                                                              110 E. 59th Street, 32nd Floor
                                                              New York, NY 10022
                                                              Email: michael@faillacelaw.com
                                                              Tel: (212) 317-1200
                                                              Fax: (212) 317-1620
                                                              *Attorney for Plaintiffs*

TO:    Peter George Eikenberry
        The Law Office of Peter G. Eikenberry
        74 Trinity Place, Suite 1609
        New York, NY 10006
        212-385-1050
        Fax: 212-385-1017
        Email: pete@eikenberrylaw.com
        *Attorney for Plaintiffs*

        *Defendants have not yet appeared.*